*In re* Designación del Secretario del Tribunal Supremo.

*Número:* EN-2016-02     *Resuelto:* 29 de enero de 2016

## RESOLUCIÓN

La Secretaria del Tribunal, Hon. Aida Ileana Oquendo Graulau, ha presentado su renuncia al cargo, efectiva el 29 de febrero de 2016, para comenzar a desempeñarse como Jueza Superior del Tribunal de Primera Instancia a partir del 1 de marzo de 2016.

Para evitar que ese puesto quede vacante, y en aras de promover una transición ordenada que propicie la estabilidad de los trabajos en el Tribunal Supremo, se designa al Lcdo. Juan Ernesto Dávila Rivera como Secretario de este Tribunal. Este ejercerá las funciones propias del cargo y cualquier otra función que le asigne el Tribunal. La presente designación será efectiva el 1 de marzo de 2016 cuando se lleve a cabo el juramento de toma de posesión de su cargo.

*Publíquese inmediatamente.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez hace constar la siguiente expresión, a la cual se unió la Jueza Asociada Oronoz Rodríguez:

La Juez Asociada Rodríguez Rodríguez disiente del curso de acción tomado por una mayoría de este Tribunal. Dado que la figura del Juez Presidente es la encargada de dividir los trabajos de este Foro, estimo que lo que procedía era esperar el nombramiento de éste con tal de otorgarle la debida deferencia en el proceso de nombramiento y selección del Secretario de este Tribunal. Ante todo, el proceder apresurado de la mayoría impide que el próximo Juez Presidente o Jueza Presidenta intervenga en el nombramiento de una persona indispensable en el funcionamiento y la tramitación de recursos en este Tribunal.

La Jueza Presidenta Señora Fiol Matta no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*